IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID MCGLYNN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-02968-E |
| | § | |
| IHEARTMEDIA INC., | § | |
| | § | |
| Defendant. | § | |

## SHOW CAUSE ORDER

On January 8, 2020, the Court ordered Plaintiff's counsel to file the entry of appearance of local counsel within 25 days (Doc. No. 7). To date, counsel has not complied with the Court's order. Plaintiff's counsel Richard Liebowitz is **ORDERED** to appear at a video hearing at 2:00 p.m. on June 16, 2020. The purpose of the hearing is to give counsel an opportunity to show cause why he should not be held in contempt of court for failure to comply with this Court's order of January 8, 2020. Instructions for accessing the hearing will be provided via email.

The Court is aware that the parties have settled the case. The filing of appropriate dismissal papers before the show cause hearing date will not cancel the hearing.

**SO ORDERED.**

Signed June 9, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE